IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**LUIS TEJERO,**
                **Plaintiff,**

-vs-                                                                   Case No. A-16-CA-767-SS

**PORTFOLIO RECOVERY ASSOCIATES, LLC**
**and WESTERN SURETY COMPANY,**
                **Defendants.**

<u>**O R D E R**</u>

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically "Plaintiff's Motion for Summary Judgment" [#18] also consisting of 148 pages identical to Cause No. 16-CV-628, "Defendant's Unopposed Motion to File Response to Plaintiff's Motion for Summary Judgment Exhibits F, G, H, I, and J Under Seal" [#21], consisting of 30 pages; and anticipating defendants' response to plaintiff's motion for summary judgment, which will consist of approximately 95 pages and be identical to the response that was made in Cause No. 16-CV-628 as the plaintiff's motion for summary judgment is identical to that summary judgment motion, and thereafter, the Court enters the following:

        IT IS ORDERED that the Defendant's Unopposed Motion to File Response to Plaintiff's Motion for Summary Judgment Exhibits Under Seal" [#21] is GRANTED.

        IT IS FURTHER ORDERED that the Plaintiff's Motion for Summary Judgment is DENIED for the same reasons set out in this Court's order in Cause No. 16-CV-628 styled

<u>Nicholas Palomo vs. Portfolio Recovery Associates, LLC and Western Surety Company</u>, issued on April 3, 2017.

The parties are to follow the scheduling order issued in this case on September 28, 2016.

SIGNED this the 6th day of April 2017.

_____
UNITED STATES DISTRICT JUDGE