IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LUIS TEJERO,<br>　*Plaintiff,*<br><br>v.<br><br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC and WESTERN<br>SURETY COMPANY<br>　*Defendants,* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO.: 1:16-cv-00767-SS |

# NOTICE CONCERNING REFERENCE TO
# UNITED STATES MAGISTRATE JUDGE

　　In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party: <u>Portfolio Recovery Associates, LLC and Western Surety Company (Defendants)</u> through counsel: <u>Robbie Malone</u> hereby (select one):

　　o　Consents to having a United States Magistrate Judge preside over the trial in this case.

　　√　Declines to consent to trial before a United States Magistrate Judge.

[SIGNATURE BLOCK ON NEXT PAGE]

| | |
|---|---|
| September 18, 2017. | Respectfully submitted,<br><br>**MALONE AKERLY MARTIN PLLC**<br><br>*/s/* Robbie Malone               <br>ROBBIE MALONE<br>State Bar No. 12876450<br>Email: rmalone@mamlaw.com<br>EUGENE XERXES MARTIN, IV<br>State Bar No. 24078928<br>Email: xmartin@mamlaw.com<br>**MALONE AKERLY MARTIN PLLC**<br>NCX Building, Suite 1850<br>8750 North Central Expressway<br>Dallas, Texas 75231<br>P: (214) 346-2630 \| F: (214) 346-2631<br><br>*COUNSEL FOR DEFENDANTS* |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via CM/ECF on this 18th day of September, 2017 to:

Michael Wood
Community Lawyers Group, Ltd.
University Park
3300 N. Interstate Hwy 35, Suite 7018
P. 512-524-9352 | F. 512-593-5976
mwood@communitylawersgroup.com
*Lead Counsel for Plaintiff*

Celetha Chatman
Community Lawyers Group, Ltd.
73 W Monroe
Chicago, IL 60603
P: 312-757-1880 | F: 312-265-3227
cchatman@communitylawersgroup.com
*Lead Counsel for Plaintiff*

Tyler Hickle
Law Office of Tyler Hickle
4005C Banister Lane, Ste. 120C
Austin, TX 78704
P: 512-289-3831 | F: 512-870-9505
tylerhickle@hicklelegal.com

Robert Zimmer, Jr.
Zimmer & Associates
707 W. 10th St.
Austin, TX 78701
P: 512-434-0306 | F: 310-943-6954
zimmerlawTX@gmail.com
*Lead Counsel for Plaintiff*

/s/ Robbie Malone            
ROBBIE MALONE