UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LUIS TEJERO, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CASE NO: 1:16-cv-00767-SS |
| § | |
| PORTFOLIO RECOVERY ASSOCIATES, § | |
| LLC and WESTERN SURETY § | |
| COMPANY § | |
| § | |
| *Defendants*, § | |

**JOINT NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Luis Tejero and Defendants Portfolio Recovery Associates, LLC ("PRA") and Western Surety Company ("Western") (collectively "the Parties") and file this Notice of Settlement, and will show onto this Court as follows:

1. The Parties have reached a settlement in this matter regarding the statutory claims of Plaintiff. The Parties further request hearing or trial dates set in this matter be cancelled.

2. The Parties request that the award of reasonable attorney's fees and costs, if any, be determined by the Court.

3. The Parties will file a copy of the settlement agreement under seal once finalized.

4. The Parties further request this Court set a deadline for submission of any motions and documents related to a request for attorney's fees by Plaintiff, and enter a deadline for any response by Defendants.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that this Court take notice, cancel any hearing or trial dates currently set, and enter an order setting deadlines for submission of any motions for attorney's fees and any responses to said motions.

Agreed as to form and content:

| | |
|---|---|
| /s/ Robert Zimmer_____ | **MALONE AKERLY MARTIN PLLC** |
| Robert Zimmer, Jr. | */s/* Robbie Malone_____ |
| Zimmer & Associates | ROBBIE MALONE |
| 707 W. 10th St. | State Bar No. 12876450 |
| Austin, TX 78701 | Email: rmalone@mamlaw.com |
| P: 512-434-0306 | F: 310-943-6954 | EUGENE XERXES MARTIN, IV |
| zimmerlawTX@gmail.com | State Bar No. 24078928 |
| *Lead Counsel for Plaintiff* | Email: xmartin@mamlaw.com |
| | **MALONE AKERLY MARTIN PLLC** |
| | Northpark Central, Suite 1850 |
| | 8750 North Central Expressway |
| | Dallas, Texas 75231 |
| | TEL: (214) 346-2630 |
| | FAX: (214) 346-2631 |
| | |
| | ***COUNSEL FOR DEFENDANTS*** |