UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LUIS TEJERO | § |
| | § CIVIL NO: |
| vs. | § AU:16-CV-00767-SS |
| | § |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, WESTERN SURETY COMPANY | § |

## ORDER RESETTING DOCKET CALL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **DOCKET CALL** in Courtroom No. 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **Thursday, April 26, 2018 at 11:00 AM**.

IT IS SO ORDERED this 15th day of March, 2018.

_____
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE