IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LUIS TEJERO § § §   Plaintiff, § § v. § § PORTFOLIO RECOVERY ASSOCIATES, § LLC and WESTERN SURETY COMPANY, § § Defendants. § § | Case No. 1:16-CV-00767-SS Hon. Judge Sam Sparks |

### Plaintiff's Final Notice of Settlement Status Report

1. This Court ordered parties to submit a Final Notice of Settlement on April 2, 2018. (Dkt. #52).

2. Plaintiff is still evaluating his response, if any, to the Court's April 2, 2018 sanctions order and will amend his status report as necessary before the docket call set for April 26, 2018 to include any pending issues.

Dated: April 18, 2018

By: /s/ *Celetha Chatman*

Celetha Chatman
Michael Wood
**Community Lawyers Group. Ltd.**
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312)476-1362
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com

## CERTIFICATE OF SERVICE

I, Celetha C. Chatman, an attorney, hereby certify that on April 18, 2018, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: April 18, 2018**                                                                 Respectfully submitted,

                                                                                                    By:   /s/ *Celetha C. Chatman*


Celetha Chatman
Michael Wood
**Community Lawyers Group. Ltd.**
73 W. Monroe Street, Suite 514
Chicago, IL 60603
Ph: (312)757-1880
Fx: (312)476-1362
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com