IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LUIS TEREJO, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CAUSE NO. AU-16-CV-767-SS |
| PORTFOLIO RECOVERY ASSOCIATES LLC and WESTERN SURETY COMPANY, | § § § § § | |
| Defendants. | § | |

## MOTION TO RECUSE

Pursuant to 28 USCS § 144 and 455, Plaintiff's counsel MICHAEL J. WOOD, CELETHA C. CHATMAN, ROBERT ZIMMER, AND TYLER HICKLE and Plaintiff LUIS TEREJO file this Motion to Recuse The Honorable Sam Sparks.

### FACTS

On January 6, 2018, Judge Sparks referred Plaintiff's counsel to the Disciplinary Committee for the Western District of Texas in *Ozmun v. Portfolio Recovery Associates LLC et al.*, No. 1:16-cv-00940. *See* Appendix 1, letter to Karl Bayer, Chairman, Admissions/Discipline Committee (attachments omitted) (the "Disciplinary Referral"). In the Disciplinary Referral, Judge Sparks charges, among other allegations, that evidence suggests Plaintiff's counsel are involved in a scheme to force settlements from debt collectors by abusing the Fair Debt Collection Practices Act (the "FDCPA"). He attaches to the Disciplinary Referral a list of cases he has researched that include at least nine proceedings in other district courts. Plaintiff's counsel have filed extensive

responses to the Disciplinary Referral. They categorically deny they are involved in any "scheme" to "abuse" the FDCPA.

On April 2, 2018, Judge Sparks issued a sanctions order in this case [#52] that mirrors his allegations in the Disciplinary Referral. [#55, p. 7 ("[T]he evidence shows Plaintiff's counsel is involved in a scheme to force settlements from debt collectors by abusing the FDCPA."] Plaintiff's counsel will be timely filing a motion for new trial/reconsideration of the April 2 sanctions order that challenges Judge Spark's findings in the sanctions order. In particular, the letter that Judge Sparks cites as "evidence" of the alleged "scheme" has been upheld in multiple courts.

Judge Sparks appears to have personal knowledge of disputed evidentiary facts that he acquired in part from cases that are not before him. Therefore, his knowledge was acquired extra-judicially. Further, his findings of a "scheme to force settlements from debt collectors" exhibit a personal bias or prejudice in favor of the Defendants in this case. Accordingly, Plaintiff's counsel file this motion in good faith.

## RECUSAL STANDARDS

Under 28 U.S.C. § 455(a) and (b)(1), recusal is required when the judge "has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding," or when the judge's "impartiality might reasonably be questioned." Under 28 U.S.C. § 144, recusal is required if a party "files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party."

Therefore, Plaintiff's counsel respectfully request that the Court recuse from this matter.

DATED: April 26, 2018,

Respectfully submitted,

/s/ Ruth A. Kollman

Ruth A. Kollman, Of Counsel
Texas Bar No. 24037381
Admission Pending in the Western District
LAW OFFICE OF MYNOR E. RODRIGUEZ P.C.
1300 McGowen
Suite 280
Houston, TX 77004
832-779-1081 tel
888-351-3773 toll free
832-553-7420 fax
rkollman@rodrigueztrialfirm.com
**ATTORNEYS FOR MICHAEL J. WOOD, CELETHA C. CHATMAN, ROBERT ZIMMER, AND TYLER HICKLE**

/s/ Michael J. Wood

Celetha C. Chatman
Michael J. Wood
Community Lawyers Group, Ltd.
73 W. Monroe, Suite 514
Chicago, IL 60603
Ph: 312.757.1880
fax: 312.265.3227
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com
**ATTORNEYS FOR PLAINTIFF LUIS TEREJO**

## AFFIDAVIT UNDER PENALTY OF PERJURY

STATE OF ILLINOIS §
§
COUNTY OF COOK §

I declare under penalty of perjury that I have read the above Motion to Recuse, and the statements of fact stated therein are within my personal knowledge unless otherwise stated and are true and correct.

Signed on this the 26th day of April, 2018.

_____
Michael J. Wood

STATE OF ILLINOIS §
§
COUNTY OF COOK §

SUBSCRIBED AND SWORN TO on the 26th day of April, 2018 BEFORE ME, the undersigned Notary Public, by MICHAEL J. WOOD, who is personally know to me.



Notary Public, State of Illinois
Printed Name Jennifer Maldonado
Comm. Expires March 15, 2020
Commission No. _____

### Certificate of Conference

I hereby certify that on April 24 and 26, 2018, I conferred with Robbie Malone by telephone about the foregoing motion. Ms. Malone opposes the motion.

/s/ Ruth A. Kollman

## Certificate of Service

I hereby certify that on the 26th day of April 2018, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robbie Malone
MALONE AKERLY MARTIN PLLC
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
Email: xmartin@mamlaw.com
MALONE AKERLY MARTIN PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
COUNSEL FOR DEFENDANTS

/s/ Michael J. Wood

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| LUIS TEJERO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CAUSE NO. AU-16-CV-767-SS |
| v. | § | |
| | § | |
| PORTFOLIO RECOVERY | § | Hon. Sam Sparks |
| ASSOCIATES, LLC and | § | |
| WESTERN SURETY COMPANY | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO RECUSE

After considering Plaintiff's Motion to Recuse, and any response or reply filed, the Honorable Sam Sparks hereby recuses.

SIGNED on _____, 20\_\_\_.

_____
THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF TEXAS