UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LUIS TEJERO | § | |
| | § | CIVIL NO: |
| vs. | § | AU:16-CV-00767-SS |
| | § | |
| PORTFOLIO RECOVERY ASSOCIATES, | § | |
| LLC, WESTERN SURETY COMPANY | § | |

ORDER SETTING
ALL PENDING MATTERS/STATUS CONFERENCE

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **ALL PENDING MATTERS/STATUS CONFERENCE** in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Thursday, June 21, 2018 at 10:00 AM**.  Counsel are expected to be present (e.g., no requests for appearnces by telephone will be granted).

    IT IS SO ORDERED this 21st day of May, 2018.

_____
SAM SPARKS
SENIOR UNITED STATES DISTRICT JUDGE