IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LUIS TEREJO, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| vs. § | CAUSE NO.  AU-16-CV-767-SS |
| § | |
| PORTFOLIO RECOVERY ASSOCIATES § | |
| LLC and WESTERN SURETY § | |
| COMPANY, § | |
| § | |
| *Defendants*. § | |

NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Plaintiff LUIS TEREJO and Plaintiff's counsel MICHAEL J. WOOD, CELETHA C. CHATHAM, ROBERT ZIMMER, AND TYLER HICKLE file this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the following orders of the District Court for the Western District of Texas, Austin Division:

*Order* entered April 2, 2018 denying Plaintiff's claim for attorney fees, granting Defendants attorney fees, and entering sanctions against Plaintiff's counsel [Dkt #52]; and

*Order Denying Plaintiff's Motion to Recuse Judge Sparks (Dkt #56)* entered May 2, 2018 [Dkt #61].

DATED: July 13, 2018.

Respectfully submitted,

/s/ Celetha C. Chatman
Michael J. Wood

Celetha C. Chatman
Community Lawyers Group, Ltd.
73 W. Monroe, Suite 514
Chicago, IL 60603
Ph: 312.757.1880
fax: 312.265.3227
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com
**ATTORNEYS FOR PLAINTIFF**
**LUIS TEREJO and FOR PLAINTIFF'S**
**COUNSEL MICHAEL J. WOOD,**
**CELETHA C. CHATHAM, ROBERT**
**ZIMMER, AND TYLER HICKLE**

**Certificate of Service**

I hereby certify that on the 13th day of July, 2018, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robbie Malone
MALONE AKERLY MARTIN PLLC
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
Email: xmartin@mamlaw.com
MALONE AKERLY MARTIN PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
COUNSEL FOR DEFENDANTS

            **/s/ Celetha C. Chatman**