IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LUIS TEREJO, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CAUSE NO.  AU-16-CV-767-SS |
| | § | |
| PORTFOLIO RECOVERY ASSOCIATES LLC and WESTERN SURETY COMPANY, | § § § § | |
| | § | |
| *Defendants*. | § | |

**NOTICE OF APPEAL
TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Plaintiff Luis Terejo files this Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the following orders of the District Court for the Western District of Texas, Austin Division:

*Order* entered June 1, 2020 that Plaintiff Luis Tejero Take Nothing as attorney's fees from Defendants Portfolio Recovery Associates, LLC. and Western Surety Company. [Dkt # 83].

DATED: July 1, 2020.

Respectfully submitted,

**/s/ Celetha Chatman**

Michael J. Wood
Celetha C. Chatman
Community Lawyers, LLC.
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Ph: 312.757.1880

                                                                         **Page-2**

fax: 312.265.3227
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com

**ATTORNEYS FOR PLAINTIFF**
**Luis Terejo**

## Certificate of Service

I hereby certify that on the 1st day of July, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robbie Malone
MALONE FROST MARTIN PLLC
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
Email: xmartin@mamlaw.com
MALONE FROST MARTIN PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
COUNSEL FOR DEFENDANTS

                                                   **/s/ Celetha Chatman**